# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

141708

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KATHERINE SUE DENDEL a/k/a
KATHERINE SUE BURLEY,
        Defendant-Appellant.

SC: 141708
COA: 247391
Jackson CC: 02-002915-FC

_____/

On order of the Court, the application for leave to appeal the August 24, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Bryant*, 483 Mich 132 (2009), cert gtd __ US __; 130 S Ct 1685; 176 L Ed 2d 179 (2010), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk

p0201